IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVERE ANDRE WOODS/HALL,**<br>Petitioner | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA**<br>**CITY OF PHILADELPHIA, et. al.,**<br>Respondents | : <br> : <br> : | **No. 07-3487** |

## ORDER

MARVIN KATZ, J.

AND NOW, this 21st day of Nov, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED without prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
MARVIN KATZ, J.